STATE of Missouri, Respondent,

v.

Mark HARRIS, Appellant.

No. ED 98428.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 29, 2013.

Maleaner Harvey, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Todd T. Smith, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

The defendant, Mark Harris, appeals the judgment entered by the Circuit Court of the City of St. Louis following his conviction by a jury of four counts of the class-D felony of third-degree domestic assault [1] and one count of unlawful use of a weapon. The trial court sentenced the defendant to concurrent two-year terms of imprisonment on each of the four domestic-assault counts and a consecutive four-year term of imprisonment on the count of unlawful use of a weapon. Finding no error, we affirm.

---

1. The State charged the four counts of third-degree domestic assault as class D felonies pursuant to section 565.074.3 RSMo. (2000) because the defendant had two prior convictions for third-degree domestic assault.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).